```
QUIN DENVIR, Bar #49374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE MANUEL CHAVEZ-MONTANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>JOSE MANUEL CHAVEZ-MONTANO,<br><br>　　　　*Defendant.* | NO. 1:05-cr-00167 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, AND ORDER THEREON<br><br>Date:　August 29, 2005<br>Time:　9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for July 25, 2005, may be continued to **August 29, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

```
                                              McGREGOR W. SCOTT
                                              United States Attorney



DATED: July 21, 2005            By:      /s/ Marianne A. Pansa
                                        MARIANNE A. PANSA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        QUIN DENVIR
                                        Federal Defender


DATED: July 21, 2005            By:     /s/ Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE MANUEL CHAVEZ-MONTANO
```

## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   July 25, 2005**            /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE